UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN MARUCHEAU,

    Plaintiff,

v.                                                     Case No.  5:11-cv-653-Oc-34TBS

CARRIAGE FUNERAL HOLDINGS, INC.,

    Defendant.
_____/

## ORDER

    Pending before the Court is the plaintiff's Unopposed Motion to Substitute Proper Defendant and Correct Style of Case (Doc. No. 9).  Plaintiff seeks leave of Court to substitute Carriage Cemetery Services, Inc. in the place of Carriage Funeral Holdings, Inc. as the defendant in this action based upon the defendant's answer which avers that plaintiff incorrectly identified the defendant in the complaint.  Plaintiff has accepted this representation by the defendant and plaintiff's counsel represents that the defendant does not oppose the granting of this motion.  Therefore, after due consideration the motion is GRANTED, Carriage Cemetery Services, Inc. is hereby substituted as the defendant in this action and the case style shall be amended to reflect this change.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on December 13, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel